# Exhibit 1



**School Catalog
2023 – 2024**

**Vol. 1**

**BRANCH CAMPUS**
**Cortiva Institute- Arlington– License #MS1072**
808 W Interstate 20 #100
Arlington, TX 76017
Phone: (682) 999-3150

# www.Cortiva.edu

### EXECUTIVE STAFF

**CEO/President**
Neal R. Heller, Esq.

**Chief Operating Officer**
Sheryl Lewis

**VP of Campus Operations**
Rene Lezcano

**Director of Financial Aid**
Cameron Burroughs

**Director of Accounting**
Sheila Rose

**Director of Compliance**
Nicole Vitez

**Director of Education**
James Rob Black

**Regional Director of Operations**
Lillian English

**Director of Career Services**
Sandy Thomas

### Corporate Offices
2001 W. Sample Rd., Ste. 318
Pompano Beach, Florida 33064
Phone: (954) 962-2624

**CAMPUS FACULTY LISTINGS AND CREDENTIALS ARE AN ADDENDUM TO THIS CATALOG**

# TABLE OF CONTENTS

| | |
|---|---|
| Mission Statement | 4 |
| Philosophy | 4 |
| History | 4 |
| Accreditation | 4 |
| Licensure | 4 |
| Approvals | 4 |
| Ownership and Statement of Legal Control | 4 |
| Professional Memberships | 4 |
| Advisory Board | 4 |
| Catalog and Policies | 4 |
| Changes to Program Equipment | 4 |
| Class Size | 4 |
| Locations, Facilities and Equipment | 5 |
| Equal Opportunity Policy | 5 |
| Sexual Harassment and General Anti-Harassment Policy | 5 |
| Policy for Registration/Licensure Examinations and Fees | 5 |
| Limitation of Employability Due to Criminal History | 5 |
| Application Procedure | 6 |
| Requirements for Admission | 6 |
| Enrollment | 6 |
| Re-entry | 6 |
| Credit for Previous Training | 6 |
| Transfer of Credit | 6 |
| Technology Requirements and Internet Usage Policies | 7 |
| Tuition, Fees, Books, Uniforms, Supplies | 8 |
| Payment of Tuition | 8 |
| Financial Aid and Financial Services | 9-12 |
| Types of Financial Aid | 9 |
| Eligibility Requirements | 10 |
| Financial Aid Verification | 10 |
| Return to Title IV | 11-12 |
| Cancellation and Refund Policy | 11-12 |
| Clock Hour Definition | 13 |
| Credit Hour Definition | 13 |
| Satisfactory Academic Progress Policy | 14-16 |
| Attendance Progress (Quantitative) | 14 |
| Academic Progress (Qualitative) | 14 |
| Academic Grading System | 14 |
| Determination of Progress | 14 |
| Re-entry | 14-15 |
| Incomplete Grades | 15 |
| Repeating Assessments/Evaluations | 15 |
| Attendance | 15 |
| Non-Credit Remedial Courses | 15 |
| Leave of Absence Policy | 16 |
| Student Services | 17 |
| Career Services | 17 |
| Graduation Requirements | 17 |
| Tutoring | 17 |
| Examination of Student Records, Transcripts & Diploma | 18 |
| (FERPA) Family Educational Rights and Privacy Act | 18 |
| Administrative Policies | 19-21 |
| Changes to Program Equipment | 19 |
| Course Numbering System | 19 |
| Copyright Infringement Policies and Sanctions | 19 |
| Voter's Registration | 19 |
| Vaccination Policy | 19 |
| Internal Complaints and Grievance Procedures | 19 |
| Dress Code | 20 |
| Students' Rights and Responsibilities | 20 |
| Student Conduct Policy | 21 |
| Student Disciplinary Procedures | 21 |
| Academic and Administrative Dismissal | 21 |
| Campus Security/Crime Prevention and Safety Programs | 22-23 |
| Fire Precautions | 23 |
| Drug-Free Policy | 23 |
| Drug and Alcohol Abuse Prevention Information | 23 |
| Anti-Hazing Policy | 23 |
| Program Outlines and Descriptions | 24-30 |
| Professional Massage Therapy Program | 24-25 |
| Cosmetology Operator Program | 26-27 |
| Esthetician Program | 28 |
| Manicurist Program | 29 |
| Manicurist/Esthetician Program | 30 |
| Holidays | 31 |
| Hours of Operations | 31 |
| School Calendar | 31 |
| Academic Calendar | 31-32 |
| Notes | 33 |
| School Catalog back cover | 34 |
| Tuition and Fees Addendum | Addendum 1 |
| Staff and Faculty Addendum | Addendum 2 |
| Program Disclosures and Consumer Information Addendum | Addendum 3 |

# ACADEMIC CALENDAR

**The school operates on a continuous basis, 12 months per year.**

| Manicurist Start Dates | | Esthetician Start Dates | | Cosmetology Operator Start Dates | |
|---|---|---|---|---|---|
| 11/20/2023 | 6/10/2024 | 11/20/2023 | 7/19/2024 | 11/20/2023 | 10/11/2024 |
| 12/4/2023 | 6/24/2024 | 12/4/2023 | 8/2/2024 | 12/4/2023 | 10/25/2024 |
| 12/18/2023 | 7/8/2024 | 12/18/2023 | 8/16/2024 | 12/18/2023 | 11/8/2024 |
| 1/1/2024 | 7/22/2024 | 1/1/2024 | 8/30/2024 | 1/1/2024 | 11/22/2024 |
| 1/15/2024 | 8/5/2024 | 1/15/2024 | 9/13/2024 | 1/15/2024 | 12/6/2024 |
| 1/29/2024 | 8/19/2024 | 1/29/2024 | 9/27/2024 | 1/29/2024 | 12/20/2024 |
| 2/12/2024 | 9/2/2024 | 2/12/2024 | 10/11/2024 | 2/12/2024 | 1/3/2025 |
| 2/26/2024 | 9/16/2024 | 2/26/2024 | 10/25/2024 | 2/26/2024 | 1/17/2025 |
| 3/11/2024 | 9/30/2024 | 3/11/2024 | 11/8/2024 | 3/11/2024 | 1/31/2025 |
| 3/25/2024 | 10/14/2024 | 3/25/2024 | 11/22/2024 | 3/25/2024 | 2/14/2025 |
| 4/8/2024 | 10/28/2024 | 4/8/2024 | 12/6/2024 | 4/8/2024 | 2/28/2025 |
| 4/22/2024 | 11/11/2024 | 4/22/2024 | 12/20/2024 | 4/22/2024 | 3/14/2025 |
| 5/6/2024 | 11/25/2024 | 5/6/2024 | 1/3/2025 | 5/6/2024 | 3/28/2025 |
| 5/20/2024 | 12/9/2024 | 5/20/2024 | 1/17/2025 | 5/20/2024 | 4/11/2025 |
| 6/3/2024 | 12/23/2024 | 6/3/2024 | 1/31/2025 | 6/3/2024 | 4/25/2025 |
| 6/17/2024 | 1/6/2025 | 6/17/2024 | 2/14/2025 | 6/17/2024 | 5/9/2025 |
| 7/1/2024 | 1/20/2025 | 7/1/2024 | 2/28/2025 | 7/1/2024 | 5/23/2025 |
| 7/15/2024 | 2/3/2025 | 7/15/2024 | 3/14/2025 | 7/15/2024 | 6/6/2025 |
| 7/29/2024 | 2/17/2025 | 7/29/2024 | 3/28/2025 | 7/29/2024 | 6/20/2025 |
| 8/12/2024 | 3/3/2025 | 8/12/2024 | 4/11/2025 | 8/12/2024 | 7/4/2025 |
| 8/26/2024 | 3/17/2025 | 8/26/2024 | 4/25/2025 | 8/26/2024 | 7/18/2025 |
| 9/9/2024 | 3/31/2025 | 9/9/2024 | 5/9/2025 | 9/9/2024 | 8/1/2025 |
| 9/23/2024 | 4/14/2025 | 9/23/2024 | 5/23/2025 | 9/23/2024 | 8/15/2025 |
| 10/7/2024 | 4/28/2025 | 10/7/2024 | 6/6/2025 | 10/7/2024 | 8/29/2025 |
| 10/21/2024 | 5/12/2025 | 10/21/2024 | 6/20/2025 | 10/21/2024 | 9/12/2025 |
| 11/4/2024 | 5/26/2025 | 11/4/2024 | 7/4/2025 | 11/4/2024 | 9/26/2025 |
| 11/18/2024 | 6/9/2025 | 11/18/2024 | 7/18/2025 | 11/18/2024 | 10/10/2025 |

| Professional Massage Therapy Start Dates | | Manicurist/Esthetician Start Dates | |
|---|---|---|---|
| 10/9/2023 | 4/29/2024 | 11/20/2023 | 8/10/2024 |
| 10/23/2023 | 5/13/2024 | 12/4/2023 | 8/24/2024 |
| 11/6/2023 | 5/27/2024 | 12/18/2023 | 9/7/2024 |
| 11/20/2023 | 6/10/2024 | 1/1/2024 | 9/21/2024 |
| 12/4/2023 | 6/24/2024 | 1/15/2024 | 10/5/2024 |
| 12/18/2023 | 7/8/2024 | 1/29/2024 | 10/19/2024 |
| 1/1/2024 | 7/22/2024 | 2/12/2024 | 11/2/2024 |
| 1/15/2024 | 8/5/2024 | 2/26/2024 | 11/16/2024 |
| 1/29/2024 | 8/19/2024 | 3/11/2024 | 11/30/2024 |
| 2/12/2024 | 9/2/2024 | 3/25/2024 | 12/14/2024 |
| 2/26/2024 | 9/16/2024 | 4/8/2024 | 12/28/2024 |
| 3/11/2024 | 9/30/2024 | 4/22/2024 | 1/11/2025 |
| 3/25/2024 | 10/14/2024 | 5/6/2024 | 1/25/2025 |
| 4/8/2024 | 10/28/2024 | 5/20/2024 | 2/8/2025 |
| 4/22/2024 | 11/11/2024 | 6/3/2024 | 2/22/2025 |
| 5/6/2024 | 11/25/2024 | 6/17/2024 | 3/8/2025 |
| 5/20/2024 | 12/9/2024 | 7/1/2024 | 3/22/2025 |
| 6/3/2024 | 12/23/2024 | 7/15/2024 | 4/5/2025 |
| 6/17/2024 | 1/6/2025 | 7/29/2024 | 4/19/2025 |
| 7/1/2024 | 1/20/2025 | 8/12/2024 | 5/3/2025 |
| 7/15/2024 | 2/3/2025 | 8/26/2024 | 5/17/2025 |
| 7/29/2024 | 2/17/2025 | 9/9/2024 | 5/31/2025 |
| 8/12/2024 | 3/3/2025 | 9/23/2024 | 6/14/2025 |
| 8/26/2024 | 3/17/2025 | 10/7/2024 | 6/28/2025 |
| 9/9/2024 | 3/31/2025 | 10/21/2024 | 7/12/2025 |
| 9/23/2024 | 4/14/2025 | 11/4/2024 | 7/26/2025 |
| 10/7/2024 | 4/28/2025 | 11/18/2024 | 8/9/2025 |