UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**360 DEGREES EDUCATION, LLC,**
**ET AL.,**

   Plaintiffs,

v.                                                                         No. 4:24-cv-00508-P

**U.S. DEPARTMENT OF EDUCATION,**
**ET AL.,**

   Defendants.

## ORDER

   Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay (ECF No. 5) is currently on an expedited briefing schedule. *See* ECF No. 16. The Motion concerns a new regulation with an effective date of July 1, 2024. Given the time-sensitive nature of this case, the Court hereby **SETS** Plaintiffs' Motion (ECF No. 5) for a **HEARING** to be held on **Monday, June 17, 2024**, at **1:30 p.m.** in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse in Fort Worth, Texas.

   **SO ORDERED** on this **4th day** of **June 2024.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE