# EXHIBIT A

Vernon's Texas Statutes and Codes Annotated
  Occupations Code (Refs & Annos)
    Title 3. Health Professions (Refs & Annos)
      Subtitle H. Professions Related to Certain Types of Therapy
        Chapter 455. Massage Therapy (Refs & Annos)
          Subchapter D. Licensing

V.T.C.A., Occupations Code § 455.156

§ 455.156. License Requirements for Massage Therapist

Effective: May 28, 2021
Currentness

(a) The department shall issue a license to each qualified applicant who applies for a massage therapist license.

(b) An applicant for a license under this section must be an individual and:

(1) present evidence satisfactory to the department that the person has satisfactorily completed massage therapy studies in a 500-hour minimum, supervised course of instruction in a manner provided by Subsection (c), in which at least:

(A) 200 hours are taught by a licensed massage therapy instructor and dedicated to the study of massage therapy techniques and theory and the practice of manipulation of soft tissue, with at least 125 hours dedicated to the study of Swedish massage therapy techniques;

(B) 50 hours are dedicated to the study of anatomy;

(C) 25 hours are dedicated to the study of physiology;

(D) 50 hours are dedicated to the study of kinesiology;

(E) 40 hours are dedicated to the study of pathology;

(F) 20 hours are dedicated to the study of hydrotherapy;

(G) 45 hours are dedicated to the study of massage therapy laws and rules, business practices, and professional ethics standards;

(H) 20 hours are dedicated to the study of health, hygiene, first aid, universal precautions, and cardiopulmonary resuscitation (CPR); and

(I) 50 hours are spent in an internship program;

(2) pass the required examinations; and

(3) be at least 18 years of age.

(c) The hours of instruction required by Subsection (b) must be provided by a massage therapy instructor at a massage school, licensed massage school, state-approved educational institution, or any combination of instructors or schools. The hours of instruction required by Subsections (b)(1)(B)-(H) may be provided using distance learning. Distance learning is not limited to live instruction.

**Credits**

Added by Acts 1999, 76th Leg., ch. 388, § 1, eff. Sept. 1, 1999. Amended by Acts 2001, 77th Leg., ch. 1420, § 14.220(a), eff. Sept. 1, 2001; Acts 2005, 79th Leg., ch. 1300, § 11, eff. Sept. 1, 2005; Acts 2007, 80th Leg., ch. 1399, § 4, eff. Sept. 1, 2007; Acts 2017, 85th Leg., ch. 1105 (H.B. 4007), § 6.009, eff. Sept. 1, 2017; Acts 2021, 87th Leg., ch. 163 (S.B. 1130), § 1, eff. May 28, 2021.

V. T. C. A., Occupations Code § 455.156, TX OCC § 455.156
Current through the end of the 2023 Regular, Second, Third and Fourth Called Sessions of the 88th Legislature, and the Nov. 7, 2023 general election.

**End of Document**                                             © 2024 Thomson Reuters. No claim to original U.S. Government Works.

Vernon's Texas Statutes and Codes Annotated
Occupations Code (Refs & Annos)
Title 3. Health Professions (Refs & Annos)
Subtitle H. Professions Related to Certain Types of Therapy
Chapter 455. Massage Therapy (Refs & Annos)
Subchapter E. Practice by License Holders

V.T.C.A., Occupations Code § 455.205

§ 455.205. Prohibited Practices

Effective: September 1, 2005
Currentness

(a) A massage therapist may not perform massage therapy for compensation or without compensation at or for a sexually oriented business.

(b) A massage school or a massage therapy instructor may not require the successful completion of more course hours than the number of hours required for licensing as a massage therapist under this chapter.

(c) A person who is not licensed under this chapter may not use the word "massage" on any form of advertising unless the person is expressly exempt from the licensing requirements of this chapter.

(d) A sexually oriented business may not use the word "massage" or "bath" on a sign or any form of advertising.

(e) A person advertising massage therapy or other massage services is presumed to be engaging in conduct regulated by this chapter.

**Credits**

Acts 1999, 76th Leg., ch. 388, § 1, eff. Sept. 1, 1999. Amended by Acts 2005, 79th Leg., ch. 1300, § 20, eff. Sept. 1, 2005.

V. T. C. A., Occupations Code § 455.205, TX OCC § 455.205
Current through the end of the 2023 Regular, Second, Third and Fourth Called Sessions of the 88th Legislature, and the Nov. 7, 2023 general election.

**End of Document**
© 2024 Thomson Reuters. No claim to original U.S. Government Works.