UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**360 DEGREES EDUCATION, LLC,**
ET AL.,

    Plaintiffs,

v.                                                                      **No. 4:24-cv-00508-P**

**U.S. DEPARTMENT OF EDUCATION,**
ET AL.,

    Defendants.

## ORDER

By Order dated June 4, 2024, the Court set Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay (ECF No. 5) for a hearing to be conducted this upcoming Monday, June 17, 2024. *See* ECF No. 17. The Order set the hearing for 1:30 p.m. *See id.* Due to scheduling conflicts that afternoon, the Court hereby **RESETS** the hearing for **8:00 a.m.**, to be conducted on the <u>same date</u> and at the <u>same location</u> as specified in the previous order.

**SO ORDERED** on this **14th day** of **June 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE