# EXHIBIT 2

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

360 DEGREE EDUCATION, LLC,
d/b/a Cortiva Institute
(a Texas corporation);

and

THE COALITION FOR CAREER SCHOOLS,
(an unincorporated association),

              Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION;

and

MIGUEL CARDONA, in his official capacity as
Secretary of Education,

              Defendants.

Case No. 4:24-cv-00508-P

**Declaration of Nicole Vitez**

I, Nicole Vitez, do hereby declare and state as follows:

1.     I make this declaration in support of 360 Degree Education, LLC d/b/a Cortiva

Institute ("Cortiva")'s Reply to the Defendants' Memorandum in Opposition to Plaintiff's Motion

for Temporary Restraining Order, Preliminary Injunction, and Stay. This declaration is based upon

my personal knowledge and experience. I could and would competently testify to its contents if

called to do so.

2.      I am the Director of Compliance at Cortiva, which is headquartered in Hollywood, Florida, but has a campus located in Arlington, Texas at 808 West Interstate 20, Suite 100, Arlington, Texas 76017.

3.      I began working at Cortiva in 2019 and have worked in career education and the proprietary sector for 10 years.

4.      Given my position as Cortiva's Director of Compliance, I am very familiar with the relevant Texas statutes and regulations as well as the rules and requirements of the Texas Department of Licensing and Regulation ("TDLR").

5.      In my role as Director of Compliance, I am responsible for maintaining institutional and programmatic accreditation as well as regulatory compliance with both federal and state requirements. Thus, I am qualified to provide a written declaration regarding the approvals provided by the TDLR.

6.      I am aware of and have reviewed the statements made in the Declaration of Shari Mecca, as provided by the Defendants as Exhibit A to their Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Stay.

7.      Since at least 2019, and subsequently in 2021 and 2023 thereafter, Cortiva has been approved by the TDLR to offer a massage therapy program in excess of 500 hours.

8.      On June 17, 2019, following a change in ownership of the institution, Cortiva submitted the Application for a Massage School License and supporting materials to TDLR. See Attachment A.

9.      As part of that application, Cortiva completed the form entitled: "Request to Offer Basic Massage Therapy Educational Program in Excess of 500 Hours." Ex. A at pg. 8. The form clearly indicates that the Professional Massage Therapy Program has a total number of classroom

hours of 480 and a total number of internship hours of 120; adding up to a total number of program hours of 600.

10.     Indeed, as indicated in Exhibit B, on June 25, 2019, TDLR acknowledged Cortiva's application for a massage therapy program in excess of 500 hours.

11.     As identified in Exhibit C, Cortiva provided responses to questions posed by TDLR and Ms. Lorraine Sroufe. In response to a question regarding the request to offer a program in excess of 500 hours, Cortiva stated that following: "[B]ecause the training program, as previously approved, will continue to exceed 500 hours, we also submitted the additional Request to Offer Basic Massage Therapy Education Program in Excess of 500 Hours." Ex. C at pg. 1.

12.     In that same correspondence from June 27, 2019, Cortiva stated that no changes were being made to the 600-hour program in place prior to the change in ownership and that Cortiva's accreditor, the Accrediting Commission of Career Schools and Colleges ("ACCSC"), had approved the PMT Program in credit hours, which converts to 600 instructional clock hours.

13.     Cortiva was subsequently re-approved for licensure by the TDLR in 2021 and 2023 (Exhibit D).

14.     In April 2023, Ms. Sroufe at the TDLR was again made aware of the length of the PMT Program and made no objection or raised any concern that the program was in violation of Texas statutes. Ex. E & F.

15.     I notified Ms. Sroufe, Occupational and Technical Services Team Lead at TDLR, on April 4, 2023 of a non-substantive credit hour modification with ACCSC, and specifically noted that the length of clock hours remained unchanged as our then-current approval with TDLR. Ex. E at pg. 2. The following day, Ms. Sroufe responded that "there will not be any additional requirements with TDLR based on the modifications with ACCSC." Ex. E at pg. 2. I note that, at

3

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

that time, I attached to my e-mail to Ms. Soufre a December 1, 2022 letter from ACCSC clearly indicating that the Cortiva PMT Program was approved for 600 clock hours. Ex. E at pg. 3.

16.     Indeed, also in April 2023, TDLR informed the U.S. Department of Education ("Department") of the minor accreditor change referenced in Paragraph 15 of this Declaration. Ex. F. The Department raised no issues with the program length, nor did they indicate that the PMT Program was in violation of Texas statutes. Ex. F.

17.     As indicated in Exhibit F, the U.S. Department of Education, specifically Ms. Mecca, was notified on April 6, 2023 that the total number of instructional hours in the PMT Program was 600. After an exchange explaining the revision and providing a crosswalk of the changes, Ms. Mecca stated that she would reach out if she had additional questions. No subsequent conversations about this topic occurred.

18.     In addition, Cortiva's Student Notification Form is attached as Exhibit G. As required by TDLR, the Form is shared with each student prior to enrollment in the PMT Program. As indicated on the form, the document is required for enrollment in a massage therapy educational program that exceeds 500 hours.

19.     In addition, I am aware of other massage therapy programs in Texas that are licensed by TDLR and are eligible for Title IV student loans that have program lengths in excess of even 600 hours.

## AUTHENTICATION OF DOCUMENTS

1.  Attached as Exhibit A is a true and accurate copy of Cortiva's Application for a Massage School License and supporting materials, as provided to TDLR on June 17, 2019. This Application is kept in the ordinary course of business.

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

2. Attached as Exhibit B is a true and accurate copy of TDLR correspondence with Cortiva regarding Cortiva's "Massage School License Basic 500 Hour Training Program App and Excess of 500 Hour Training Program." This correspondence is kept in the ordinary course of business.

3. Attached as Exhibit C is a true and accurate copy of Cortiva's correspondence with Lorraine Sroufe, Occupational and Technical Services Team Lead, Education and Examination Division, TDLR, dated June 27, 2019. This correspondence is kept in the ordinary course of business.

4. Attached as Exhibit D is a true and accurate copy of Cortiva's Massage Therapy Educational Program License, Number: MS 1072, issued in July 2021 and July 2023. This License is kept in the ordinary course of business.

5. Attached as Exhibit E is a true and accurate copy of an email exchange between Declarant and Lorraine Sroufe, Occupational and Technical Services Team Lead, Education and Examination Division, TDLR, in April, 2023. This email exchange is kept in the ordinary course of business.

6. Attached as Exhibit F is a true and accurate copy of an email exchange between Declarant and Shari Mecca, Case Manager, Multi-Regional and Foreign Schools Participation Division, School Eligibility and Oversight Group, Federal Student Aid in April and May of 2023. This email exchange is kept in the ordinary course of business.

7. Attached as Exhibit G is a true and accurate copy of the TDLR required "Student Notification Form." This Form is kept in the ordinary course of business.

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of June, 2024.

DocuSigned by:

*Nicole Vitez*

54A27DBA9D90440...

Nicole Vitez

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# Exhibit A

<u>Via Email: Stephen.Mills@tdlr.texas.gov</u>
Mr. Stephen Mills
Medical and Health Professionals Section Manager
Regulatory Program Management Division
Texas Department of Licensing and Regulation
P.O. Box 12157
Austin, Texas 78711

June 17, 2019

**Re: Massage School License Application**
     **Cortiva Institute – Arlington #MS1055**

Dear Mr. Mills,

     On behalf of 360 Degree Education, LLC, enclosed please find the Application for a Massage School License and supporting materials. As outlined in the formal notification and request for a partial application sent May 23, 2019, NT Holdings LLC ("Buyer") and Steiner Education Group, Inc d/b/a/ Cortiva Institute and its subsidiaries (collectively "Sellers") have entered into a purchase agreement related to the proposed purchase by Buyer of substantially all of the assets of Cortiva Institute – Arlington (the "Institution"). The parties anticipate a transaction closing date of July 1, 2019. Upon closing, following receipt of all necessary pre-transaction regulatory approvals, the Institution would be acquired by a new, wholly owned subsidiary, 360 Degree Education LLC (Level 1) of NT Holdings, LLC (Level 2). NT Holdings, LLC, based in Hollywood, FL, is 100% owned by Ryan Ross, LLC (Level 3), which, in turn, is 100% owned by individual Neal Heller (Level 4). Upon obtaining confirmation of the Application requirements on June 13, 2019, we completed the Application for a Massage School License and compiled the required supporting documents.

**Application Enclosures:**
- ❖ Massage School License Application ................................................................. Tab 1
- ❖ Signed Lease Agreement ................................................................................ Tab 2
- ❖ Detailed Floor Plan........................................................................................ Tab 3
- ❖ Inventory List detailing Equipment ............................................................... Tab 4
- ❖ Current Financials ......................................................................................... Tab 5
- ❖ Franchise Tax Documentation ....................................................................... Tab 6
- ❖ Application Fee .............................................................................................. Tab 7
- ❖ Previously Submitted- Notification and Request for a Partial Application ....................................... Tab 8

Please do not hesitate to contact me at (954) 962-2624 with any questions or concerns regarding this application.

Very Truly Yours,

Neal R. Heller, Esq.

President/CEO

cc:    Audrey B. Kaplan Hogan, Marren, Babbo & Rose, LTD, Counsel to Steiner Education
       Katherine D. Brodie, Duane Morris LLP, Counsel to NT Holdings, LLC

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# TAB 1
## Massage School License Application



**Texas Department of Licensing and Regulation**
PO Box 12057 ● Austin, Texas 78711- 2157
**(800) 803-9202 ● (512) 463-6599 ● FAX (512) 463-1512**
www.tdlr.texas.gov        education@tdlr.texas.gov

Application for:

# Massage School License
# Basic 500-Hour Training Program
**Pursuant to Texas Occupations Code, Chapter 455**

| Fee | Receipt Number | Entity Number | Fee Amount | Payment Amount | Money Type |
|-----|---------------|---------------|-----------|----------------|-----------|
| DO NOT WRITE IN THE AREA IMMEDIATELY BELOW | | | | | |
| Application | | | $1500 | | |

### DO NOT WRITE ABOVE THIS LINE

**NOTE**: All Information Must Be Typed or Printed in Black Ink
Application fee is non-refundable

**1.** Legal Name of Training Program:

Professional Massage Therapy Program

**2.** Training Program Physical Address:

808 West I-20 • Arlington, Texas 76017

**3.** Training Program Mailing Address:

808 West I-20 • Arlington, Texas 76017

**4.** Phone Number:
682-999-3150 - Local

**5.** Fax Number:

Area Code        Number                          Area Code        Number

**6.** Name of Contact Person: (if different from owner/director)

Nicole Vitez, Director of Compliance  or  Marilyn  Long, Campus Director

**7.** Contact Person Email Address:

Corporate:  corporatecompliance@HI.edu    Local Campus Director:  Marilynl@cortiva.edu

(Ex: johndoe@aol.com)

**8.** Type of Ownership:  Select the option below that applies to this school.

☐ Sole Owner/Proprietorship        ☐ General Partnership        ☐ Corporation

■ Limited Liability Company (LLC)    ☐ Limited Partnership        ☐ Limited Liability Partnership

**9.** Federal ID Number and/or Social Security Number if sole owner:

834421494

## 10. Ownership Information
(Use additional sheet(s) if necessary)

Organizational structure of the massage school must be provided.  List individual owners, partnership or corporation officers, directors and registered agents.

**Sole Proprietorship Information**:

Owner Name: N/A _____

Owner Date of Birth:(mm/dd/yyyy) _____

Social Security Number: _____
(See Instruction Sheet for Disclosure Information)

Owner Address: _____

_____

Phone Number: _____ Fax Number:_____

Email address:_____
(Ex: johndoe@aol.com)

**Partnership Information:**

Name: N/A _____

Date of Birth:(mm/dd/yyyy) _____

Social Security Number: _____
(See Instruction Sheet for Disclosure Information)

Address: _____

_____

Phone Number: _____ Fax Number:_____

Email address:_____
(Ex: johndoe@aol.com)

Name:_____

Date of Birth:(mm/dd/yyyy) _____

Social Security Number: _____
(See Instruction Sheet for Disclosure Information)

Address: _____

_____

Phone Number: _____ Fax Number:_____

Email address:_____
(Ex: johndoe@aol.com)

**Corporation/Limited Liability Company (LLC):**
(use additional sheets if necessary)

Corporation Ownership Name: 360 Degree Education LLC

Corporation Address: 420 South State Road 7

Hollywood, FL 33023

Phone Number: 954-962-2624      Fax Number: 954-922-5453

Email address: CorporateCompliance@hi.edu
(Ex: johndoe@aol.com)

Corporation Ownership Name: _____

Corporation Address: _____

_____

Phone Number: _____ Fax Number: _____

Email address: _____
(Ex: johndoe@aol.com)

## Information for Officers, Directors, Registered Agents

**Select one:** ☑ Officer      ☐ Director      ☐ Registered Agent

Name: Neal Heller _____ Date of Birth:(mm/dd/yyyy) 04/09/1960

Social Security Number: ███████████
(See Instruction Sheet for Disclosure Information)

Address: 420 South State Road 7, Hollywood, FL. 33023
(PO Box Number, Street Name/Apt Number, City, State, Zip Code)

**Select one:** ☐ Officer      ☐ Director      ☐ Registered Agent

Name: _____ Date of Birth:(mm/dd/yyyy) _____

Social Security Number: _____
(See Instruction Sheet for Disclosure Information)

Address: _____
(PO Box Number, Street Name/Apt Number, City, State, Zip Code)

**Select one:** ☐ Officer      ☐ Director      ☐ Registered Agent

3

Name: _____    Date of Birth:(mm/dd/yyyy) _____

Social Security Number:_____
(See Instruction Sheet for Disclosure Information)

Address:_____
     (PO Box Number, Street Name/Apt Number, City, State, Zip Code)

## 11. Corporate Franchise Tax:(select the box that applies)

■ Franchise Tax is <u>Current</u>          ☐ Franchise Tax is <u>Not Current</u>

☐ Corporation is exempt          ☐ Out-of-State – not subject to Texas Franchise Tax

**Please provide proof.**

## 12. Criminal History

Have any of the owners ever been convicted of, or placed on deferred
adjudication for, any misdemeanor or felony, other than a minor traffic violation?    ☐ Yes    ■ No
**If Yes, the individual needs to complete and submit a Criminal History Questionnaire (CHQ) for each offense**

<u>**See instruction sheet for more information**</u>

## 13. Certifying Statement

| Certifying Statement |
|---|

I certify that I have read and will comply with all applicable laws and rules of the Massage Therapy Program including Texas Occupations Code, Chapters 51 and 455; and administrative rules under 16 Texas Administrative Code, Chapters 60 and 117.   I understand that providing false information on this application may result in denial of this application and/or revocation of the license I am requesting and the imposition of administrative penalties.

_____          06/13/2019
Signature of Owner, Officer, or Authorized Representative          Date

4



**Texas Department of Licensing and Regulation**
PO Box 12057 ● Austin, Texas 78711- 2157
**(800) 803-9202 ● (512) 463-6599 ● FAX (512) 463-1512**
www.tdlr.texas.gov          education@tdlr.texas.gov

## Request to Offer Basic Massage Therapy Educational Program

## In Excess of 500 Hours

The application must be completed and signed by the applicant.  All information provided must be typed or printed in <u>black ink</u>.

Name of Massage School: Cortiva Institute

Name of Contact Person: Nicole Vitez or Beth Hepler

Contact Person Email Address: CorporateCompliance@hi.edu

Contact Phone Number: 954-962-2624

The school must meet one of the following requirements:

- Accreditation by an accrediting body approved by the US Department of Education

OR

- Licensed by the Department to offer the Basic 500-hour Training Program

    Provide massage school license number: _____

Name of Program (In Excess of 500 Hours): Professional Massage Therapy Program

Total Number of Classroom Hours (not to exceed 880): 480

Total Number of Internship Hours (not to exceed 120): 120



**Texas Department of Licensing and Regulation**
PO Box 12057 ● Austin, Texas 78711- 2157
(800) 803-9202 ● (512) 463-6599 ● FAX (512) 463-1512
www.tdlr.texas.gov          education@tdlr.texas.gov

## <u>Certification Statement for Massage School Responsibilities</u>

**By checking the following boxes and by my signature, I certify that the required documentation will be maintained and made available to the Department upon request. I certify that I will comply with all applicable provisions of Texas Occupations Code, Chapters 51 and 455; administrative rules under 16 Texas Administrative Code, Chapters Chapter 60 and 117. I understand that providing false information on this application may result in denial of this application and/or revocation of the license I am requesting and the imposition of administrative penalties.**

Place ☑ in each box:

☐ The massage school also offers the 500-hour minimum course of instruction required for licensure concurrently and the student is allowed to choose whether or not to enroll in a program that exceeds the minimum number of hours required for licensure.

☑ The massage therapy educational program shall follow the curriculum outline prescribed by the department for the minimum 500 hour supervised course of instruction.

☑ All classroom hours in excess of 450 hours are structured to achieve specific educational goals approved by the department which are directly related to one or more of the competencies included in the curriculum approved by the department.

☑ All internship hours in excess of 50 hours are structured to achieve specific educational goals approved by the department which are directly related to the clinical application of theory pertaining to the practice of massage therapy and the manipulation of soft tissue.

☑ The massage school will provide the student with the student notification form designed to inform the student that the massage therapy educational program exceeds the minimum number of hours required by law for licensure.

☑ Obtains the student's signature on the form before enrollment.

☑ Provides a copy of the signed form to the student.

☑ Maintains a copy of the signed form in the student's file.

---

Signature of Owner, Officer, or Authorized Representative

Neal R. Heller
_____
Printed Name

MS1055
_____
School License Number

06/13/2019
_____
Date Signed



**Texas Department of Licensing and Regulation**
PO Box 12057 ● Austin, Texas 78711- 2157
(800) 803-9202 ● (512) 463-6599 ● FAX (512) 463-1512
www.tdlr.texs.gov          education@tdlr.texas.gov

# Massage School License
# Application Instructions

**AN APPLICATION IS NOT CONSIDERED COMPLETE AND WILL NOT BE PROCESSED
UNTIL ALL SECTIONS OF THE APPLICATION HAVE BEEN SUBMITTED.**

The application must be completed and signed by the applicant.  All information provided must be typed or printed in <u>black ink</u>.  This application must be submitted on single-sided, 8½" x 11" paper.  Please use a paperclip to fasten all pages together, with cashiers check or money order on top.  **Please do not use staples.**

1   **Legal Name of the Training Program-** Enter the official/legal name of the training program. This name must be used in advertisement.

2.  **Training Program Physical Address-** Provide the physical location of the school.  This address is the actual business location of the school and where the education program will be held.  Permanent records must be kept at this location for auditing and inspection purposes.  A post office box is not acceptable for the physical address.

3.  **Training Program Mailing Address-** Enter the mailing address of the school.  This address is will be used for all TDLR mail and can be a post office box.

4.  **Phone Number-**  Provide the telephone number, including the area code.

5.  **Fax Number-** Provide the fax number, including area code.

6.  **Name of Contact Person-** Provide the contact person's name, which is the party responsible for the school's day to day operations and for inspection purposes.

7.  **Contact Person Email Address-** Enter the email address for the contact person. Email addresses are a part of the key information required to transact business with TDLR. Your e-mail address is confidential pursuant to the Texas Public Information Act and will not be shared with the public.

8.  **Type of Ownership-** Select the type of ownership for which the school will be organized. You may find a description of the various type of business structures at www.sos.state.tx.us/corp/businessstructure.shtml

9.  **Federal ID Number and/or Social Security Number-** Enter the federal/employer ID number. Information regarding the federal/employer ID number may be obtained through www.irs.gov.businesses. Provide the social security number if a sole owner/proprietorship.

**Social Security Number Disclosure**
Social security disclosure is required by Section 231.302(c)(1) of the Texas Family Code in order to obtain a license.  Your social security number is subject to disclosure to an agency authorized to assist in the collection of child support payments.  For more information regarding child support payments, contact the Texas Attorney General at: www.oag.state.tx.us/child/index or call 460-6000 or 800-252-8014

10. **Ownership Information-** Organizational structure of the massage school must be provided. List owning individual, partnership, corporation officers, directors and registered agents. Provide contact information.

11. **Corporate Franchise Tax-** Select the option that applies to the school. A corporate applicant must file a statement from the Comptroller of Public Accounts that its franchise taxes are current, that the corporation is exempt from payment of the franchise tax, or that it is an out-of-state corporation that is not subject to the franchise tax.

12. **Criminal History-** Have any of the owners or operators ever been convicted of, or placed on deferred adjudication for, any Misdemeanor or Felony, other than a minor traffic violation. If YES, complete and attach a Criminal History Questionnaire for each offense. This form can be obtained from the TDLR website at www.tdlr.texas.gov/MISC/lic002.pdf

13. **Certifying Statement/Signature-** Application must be signed by the owner, officer or other authorized representative of the school. Be sure to print name, sign, and date the application.

## Review process

Applications are processed in the order received. Our division cannot specify the length of time it will take to approve a new school application. There are many factors involved: For example – the application must include correct fee, inventory, floor plan, financials, etc. During the review process you will be notified in writing or by email of any discrepancies/requirements not met.

## Note: Inspections will not be performed until all requirements are met.

## Inspection Passed
- If the school passes inspection the report will be entered in the data base and the license will issue.

## Inspection Not Passed
- If the school did not pass inspection the inspector will go over with you what is required to pass inspection. Once you have corrected the items stated on the inspection report you will need to provide documentation and/or picture(s) showing requirements have been corrected. Corrections can be sent by regular mail or emailed to Education@tdlr.texas.gov or faxed to 512.463.1512 Attn: Education – Include the name of the school.

**Schools may not begin their educational program or enroll students until the inspection has been passed and the license has been received.**

**The following documentation must be submitted along with the application.**

- ☒ Signed Lease agreement
- ☒ Detailed floor plan
- ☒ Inventory list detailing equipment in the facility
- ☒ Current financials as required in Section 117.56 of the Massage Therapy Administrative Rules
- ☒ Fee as required under Section 117.100(d)(1) of the Massage Therapy Administrative Rules

SEND THE APPLICATION, SUPPORTING DOCUMENTATION AND THE
APPLICATION FEE OF $1500.00 (application fee includes inspection fee)
PAYABLE TO TDLR.
(Fees are non-refundable)



Accrediting Commission of Career Schools and Colleges

2101 Wilson Boulevard, Suite 302
Arlington, Virginia 22201
703.247.4212
703.247.4533 fax
www.accsc.org

July 24, 2018

**ELECTRONIC DELIVERY**
melissaw@cortiva.edu

Melissa Wade
Vice President of Compliance
Steiner Education Group/Cortiva Institute
2001 West Sample Road, Suite 318
Pompano Beach, Florida 33064

*School #B072471*

Dear Ms. Wade:

The Accrediting Commission of Career Schools and Colleges ("ACCSC" or "the Commission") received the Program Modification Report – Non-substantive Modifications submitted by Cortiva Institute located in Arlington, Texas. Upon reviewing the information provided, the following modification to the school's program has been approved.

| Program | Instructional Clock Hours | Total Clock and Outside Prep Hours | Semester Academic Credit Hours | Credential |
|---|---|---|---|---|
| Professional Massage Therapy | 600 | 750 | 18 | Diploma |

**Please Note: ACCSC's records only reflect academic credits. Schools may be required to use a different calculation for Federal Financial Aid credit hours. Schools are reminded that they must maintain compliance with all applicable federal, state, and local government requirements (*Section I (B)(1)(e)(iii), Rules of Process and Procedure, Standards of Accreditation*). Contact your Regional Case Manager at the United States Department of Education for guidance.**

The Commission has updated the school's file to reflect the approved modification. Additionally, the Commission acknowledges that the school may not immediately implement the modification. Therefore, the school has 90 days from the date of this letter to implement the approved modification. Cortiva Institute must update the Commission if the school has not implemented the program modification within 90 days of the date of this letter.

As a result of the Commission's approval of the non-substantive modifications, please be aware that upon implementation of the modification, the school may not continue to offer the previous curricula with the exception of teaching-out those students who enrolled in the program prior to the approval of the modification.

As you are aware, the Commission may adopt new standards or make revisions to current standards. While the modifications to its existing programs are approved, the school's programs are subject to review by an on-site evaluation team during its regular review process. Accordingly, the school is advised to review and comply with the most recent ACCSC standards. To review the most recent alerts and changes, please visit the ACCSC website at www.accsc.org.

The Commission will assess the school's compliance with the new definition and the award of credit hours at the time of the school's next initial or renewal of accreditation process. Should you have any questions, please contact me at 703.247.4512 or at eembrey@accsc.org.

Sincerely,

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

*Cortiva Institute – Arlington, Texas*
*School #B072471*
*July 24. 2018*
*Page 2 of 2*


Erik Embrey
Analyst, Institutional Review and Development

c:      Latoya Banks
        Cortiva Institute, Arlington, Texas (B072471)
        latoyaB@texasmassagetherapy.com

# Exhibit B

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# TEXAS DEPARTMENT OF LICENSING & REGULATION

Education & Examination ▪ PO Box 12157 ▪ Austin, Texas 78711 ▪ (512) 463-6599 ▪ Fax (512) 463-1512
***www.tdlr.texas.gov***

June 25, 2019

CORTIVA INSTITUTE
808 W INTERSTATE 20 #100
ARLINGTON TX 76017-5818

**<REQUEST FOR INFORMATION>**
**ENTITY NUMBER: 11870801**
**REFERENCE**: *Massage School License Basic 500 Hour Training Program App and Excess of 500 Hour Training Program*

TDLR received *Massage School License* application for *Professional Massage Therapy Program* on *6/24/2019*. The initial review of the application was done on, *6/25/2019*. Response to request for additional information was received and reviewed on *7/02/2019*.

Additional information will be needed to continue processing the application. Please provide the following information to meet the requirements of Chapter *117*:

- Attachment B was received showing the Texas Secretary of State filing for the name Cortiva Institute which was included with the initial application. The school name on the application can be changed to Cortiva Institute, **but I will need you to re-submit application page 1 and change application line item 1 to Cortiva Institute. The program can still be titled Professional Massage Therapy Program.**

To clear any confusion, TDLR is the regulatory agency for Texas Massage Schools and the accrediting agencies have no regulatory authority over massage schools. Accreditation is strictly an option for those schools wishing to offer financial aid to students.

Filing a partial application will not be possible. A new application and all initial application requirements will be required for approval. *Section 117.52 (a) The license of a massage school may not be sold or transferred to another person or owner.*

- A sworn statement must be signed by Neal Heller affirming the availability of sufficient cash to cover all projected expenses for the school.

The requested information must be submitted along with a copy of this letter, by *08/02/2019* for the application review process to continue.

If more time is needed, please request additional time.

Please contact us at Education@tdlr.texas.gov if you should have any questions.

Thank you,

Lorraine Sroufe
Accreditation and Certification Specialist
Lorraine.Sroufe@tdlr.texas.gov

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# Exhibit C

June 27, 2019

*Via* Email: lorraine.sroufe@tdlr.texas.gov
Lorraine Sroufe
Texas Department of Licensing and Regulation
Education and Examination Division
P.O. Box 12157
Austin, Texas  78711

**Re:    Cortiva Institute, 808 West I-20, #100, Arlington, Texas 76017**
**Change in Ownership**

Dear Ms. Sroufe,

Thank you for your letter of June 25, 2019 requesting clarification of certain information submitted in our application on June 17, 2019 and received by your office on June 24, 2019. Please see our responses to your questions based on your initial review of the application below.

1. *The massage school name was provided as – Professional Massage Therapy Program, but none of the required documentation has the same school name as provided on the application.*

Response:  The name of the massage school will remain "Cortiva Institute" as currently approved. (*See* Attachment A - *6.17.2019 TDLR Massage School License Application*, at PDF p. 8.)  The name of the training program will remain "Professional Massage Therapy Program" as currently approved. (*See* Attachment A at PDF p. 4, 8.)

2. *The Federal ID number provided is for 360 Degree Education LLC shown as the owner, but there is no dba, assumed name or associated entity identified under the Federal ID number provided including for Professional Massage Therapy Program.*

Response:  The new owner, 360 Degree Education LLC, is authorized by the Texas Secretary of State to use the name "Cortiva Institute."  In support of this, we have included the Certificate of Registration of Name for Cortiva Institute and cover letter showing that use was granted to 360 Degree Education LLC as well as the Certificate of Filing in Texas for 360 Degree Education LLC.  (*See* Attachment A at PDF p. 77-78; *see also* Attachment B.)

3. *A request to offer in excess of 500 hours application was included under the school name Cortiva Institute, but the name provided on the school application was Professional Massage Therapy. What is the correct name of the school?*

Response:  The name of the school will remain Cortiva Institute.  We submitted an application for a Massage School License, which requested the name of the "Training Program."  This application did not request the name of the school.  However, because the training program, as previously approved, will continue to exceed 500 hours, we also submitted the additional Request to Offer Basic Massage Therapy Education Program in Excess of 500 Hours.  This

Lorraine Sroufe
June 27, 2019
Page 2

application requests both the name of the "Massage School" and the "Name of the Program."
(*See* Attachment A at PDF p. 4, 8.)

4. *The certification statement on page 2 of the request to offer in excess of 500 hours you
did not check off the following statement which is required:*

> *The massage school also offers the 500-hour minimum course of instruction
> required for licensure concurrently and the student is allowed to choose whether
> or not to enroll in a program that exceeds the minimum number of hours required
> for licensure.*

> *Please revise the certification statement and submit a copy. A massage school is required
> to offer a student the option of the 500 hour or the excess hours.*

Response:  No changes have been made to the training program currently offered by Cortiva
Institute.  As noted in our request for a partial application dated May 23, 2019, (*see* Attachment
C), the program and curricula will remain unchanged following the change in ownership.
Cortiva Institute is accredited by the Accrediting Commission of Career Schools and Colleges
("ACCSC"), an accrediting agency recognized by the U.S. Department of Education.  ACCSC
has approved the Arlington location to offer a single program at 600 total instructional clock
hours. (*See* Attachment A at PDF p. 13.)  Cortiva Institute is not approved by ACCSC to offer
more than one program at its Arlington campus.  The new owner was not planning to make any
changes or add any programs following the change in ownership.

5. *The certified financial statement provided is for NT Holdings LLC, Beauty Career's
Institute and Way Beyond Education LLC. The certified financial statement must be for
the owner of the school, 360 Degree Education LLC.*

Response:  The new owner, 360 Degree Education LLC, is a new, wholly owned subsidiary of
NT Holdings, LLC.[1] Because 360 Degree Education LLC is a new company, it does not yet have
audited financial statements.  To demonstrate the financial stability of the massage school, we
have submitted two years of audited financial statements for 360 Degree Education LLC's direct
parent company, NT Holdings, LLC.  (*See* Attachment A at PDF p. 56-74.)  We note that this
same financial information has been provided to, and accepted by, Cortiva Institute's accrediting

---

[1] NT Holdings, LLC, based in Hollywood, FL, is 100% owned by Ryan Ross, LLC, which, in turn, is 100% owned
by individual Neal Heller.  Mr. Heller is a highly experienced and involved Title IV school owner.  In 2009, Mr.
Heller acquired Hollywood Institute of Beauty Careers accredited by National Accrediting Commission of Career
Arts and Sciences ("NACCAS").  In 2018, he acquired a fourth campus in Florida with the approval of the state, the
Accrediting Commission for Career Schools and Colleges ("ACCSC"), and the U.S. Department of Education.  In
his current role as Chief Executive Officer and President, he is responsible for day-to-day operations of four
campuses and the schools' compliance with state, accrediting agency, and US Department of Education regulations.
Mr. Heller also currently serves on the Board of Directors for the American Association of Cosmetology Schools
("AACS") and is a member of the Florida Association of Private Schools and Colleges ("FAPSC"), where he
previously served as President and as an executive board member.

Lorraine Sroufe
June 27, 2019
Page 3

agency ACCSC. *See* Attachment D. We have also included at Attachment E an ownership tree to more clearly demonstrate the proposed ownership structure.

If you have any questions, please feel free to contact me at Nicole Vitez at NVitez@hi.edu or (561) 319-2423 or Beth Helper at ElizabethH@Cortiva.edu or (717) 268-1881.

Sincerely,

Nicole Vitez
Director of Compliance

# Exhibit D

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237



**TEXAS DEPARTMENT OF LICENSING AND REGULATION**
P.O. Box 12157
Austin, Texas 78711-2157
1-800-803-9202     (512) 463-6599
www.tdlr.texas.gov

If you cut around the border of the license it will fit in
a standard 5" x 7" frame.

CORTIVA INSTITUTE
808 W INTERSTATE 20 STE 100
ARLINGTON TX  76017-5818



Rick Figueroa
Chair

Thomas F. Butler
Vice Chair

Gerald R. Callas, M.D., F.A.S.A.
Helen Callier
Nora Castañeda
Joel Garza
Gary F. Wesson, D.D.S., M.S.

*Massage Therapy Educational Program*
**CORTIVA INSTITUTE**

License Number:  MS1072

The entity named above is licensed by the Texas Department of Licensing and Regulation.

**License Expires:** July 25, 2023

Brian E. Francis
Executive Director



**TEXAS DEPARTMENT OF LICENSING AND REGULATION**
P.O. Box 12157
Austin, Texas 78711-2157
1-800-803-9202    (512) 463-6599
www.tdlr.texas.gov

If you cut around the border of the license it will fit in
a standard 5" x 7" frame.



11870801-MS1072

**CORTIVA INSTITUTE**
**808 W INTERSTATE 20 STE 100**
**ARLINGTON TX  76017-5818**





*Rick Figueroa*
*Chair*

*Thomas F. Butler*
*Vice Chair*

*Gerald R. Callas, M.D., F.A.S.A.*
*Nora Castañeda*
*Sujeeth Draksharam*
*Lori High, R.N., N.P., Retired*
*Gary F. Wesson, D.D.S., M.S.*

*Massage Therapy Educational Program*
**CORTIVA INSTITUTE**
808 W INTERSTATE 20 STE 100  ARLINGTON

License Number:  MS1072

The entity named above is licensed by the Texas Department of Licensing and Regulation.

**License Expires:**  July 26, 2025

Mike Arismendez, Jr.
Executive Director

# Exhibit E

 *Commission for Independent Education*

*Approved Data*

## Cortiva Institute - Florida (ID# 585)

### Corporation Data

**Name:** 360 Degree Education, LLC
**Foreign or Domestic:** Domestic    **Profit or Non Profit:** Profit

### Address Data

2370 34th Street North
St. Petersburg, FL 33713
Pinellas County

### Contact Data

**Contact:** Ms. Nicole Vitez
**Phone:** (727) 865-4940    **Phone Ext:** 4947
**Fax:** (727) 545-0053
**E-Mail:** nvitez@cortiva.edu
**Web Site:** www.cortiva.com

### License Data

**Lic #:** 585    **Campus Type:** Main
**Lic Status:** License By Means of Accreditation
**Program Specialist:** Ashley Schenck
**Annual Review Date:** 1/31/2024

| Accredited by: | Level of Accreditation: | Last Granted: | Renewal Date: | Next visit Scheduled: |
|---|---|---|---|---|
| ACCSC | Institutional | 02/01/2020 | 02/01/2025 | 02/28/2010 |

| Program Title as Licensed: | Hours: | | Degree Type: | Credential: |
|---|---|---|---|---|
| | Clock | Credit | | |
| Makeup Artistry and Skin Care | 600 | 29.5 | | Diploma |
| Paramedical Skin Care | 600 | 29.5 | | Diploma |
| Professional Massage Therapy | 600 | 24 | | Diploma |
| Skin Care | 300 | 11 | | Diploma |

**Nicole Vitez**

| | |
|---|---|
| **From:** | Lorraine Sroufe <Lorraine.Sroufe@tdlr.texas.gov> |
| **Sent:** | Wednesday, April 5, 2023 9:10 AM |
| **To:** | Nicole Vitez |
| **Subject:** | RE: [ External Email ]     [WARNING : MESSAGE ENCRYPTED]MS1072 |

CAUTION: This email originated outside of HI.EDU or Cortiva.EDU. DO NOT click on any links or attachments unless you recognize the sender and know the content is safe. When in doubt, contact your supervisor or Morsecom Technology Division.

Good morning Nicole,

No, there will not be any additional requirements with TDLR based on the modifications with ACCSC.

*Thank you,*

*Lorraine Sroufe*
*Occupational & Technical Services Team Lead*
*Education & Examination Division*

**★TDLR**
**TEXAS DEPARTMENT OF**
**LICENSING & REGULATION** Texas Department of Licensing and Regulation - Forms -TDLR – Education Form
"It's never too late to be what you might have been." George Eliot

**From:** Nicole Vitez <NVitez@hi.edu>
**Sent:** Tuesday, April 4, 2023 8:49 AM
**To:** Lorraine Sroufe <Lorraine.Sroufe@tdlr.texas.gov>
**Subject:** [ External Email ] [WARNING : MESSAGE ENCRYPTED]MS1072

CAUTION: This email originated from outside of the organization! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!

Good Morning Lorraine,

We completed a non-substantive credit hour modification with our accreditor, but the clock hours approved remain unchanged as our current approval with TDLR, would this change need to go through any approval prior to implementation?

Thank you!

Best Regards,

**Nicole Vitez**
Director of Compliance
**Hollywood Institute of Beauty Careers**
**Cortiva Institute/Hollywood Institute**
Direct # (561) 319-2423

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# ACCSC

Accrediting Commission of Career Schools and Colleges

2101 Wilson Boulevard, Suite 302
Arlington, Virginia 22201
703.247.4212
703.247.4533 fax
www.accsc.org

December 1, 2022

**ELECTRONIC DELIVERY**
nicole.green@cortiva.edu

Nicole Green
Campus Director
Cortiva Institute
808 W. I-20, Suite 100
Arlington, Texas 76017

*School #B072471*

Dear Ms. Green:

The Accrediting Commission of Career Schools and Colleges ("ACCSC" or "the Commission") received the Program Modification Report – Non-substantive Modifications submitted by Cortiva Institute located in Arlington, Texas. Upon reviewing the information provided, the following modifications to the school's programs have been approved.

| Program | Instructional Clock Hours | Semester Academic Credit Hours | Credential |
|---|---|---|---|
| Professional Massage Therapy | 600 | 24 | Diploma |

**Please Note: ACCSC's records only reflect academic credits. Schools may be required to use a different calculation for Federal Financial Aid credit hours. Schools are reminded that they must maintain compliance with all applicable federal, state, and local government requirements (*Section I (D)(3), Rules of Process and Procedure, Standards of Accreditation*). Contact your Regional Case Manager at the United States Department of Education for guidance.**

The Commission has updated the school's file to reflect the approved modifications. Additionally, the Commission acknowledges that the school may not immediately implement the modifications. Therefore, the school has 90 days from the date of this letter to implement the approved modifications. Cortiva Institute must update the Commission if the school has not implemented the program modifications within 90 days of the date of this letter.

As a result of the Commission's approval of the non-substantive modifications, please be aware that upon implementation of the modifications, the school may not continue to offer the previous curricula with the exception of teaching-out those students who enrolled in the program prior to the approval of the modification.

In addition, the Commission has included an ACCSC Program Implementation Enclosure with this letter, which lists suggestions deserving the school's immediate attention and action.

As you are aware, the Commission may adopt new standards or make revisions to current standards. While the modifications to its existing programs are approved, the school's programs are subject to review by an on-site evaluation team during its regular review process. Accordingly, the school is advised to review and comply with the most recent ACCSC standards. To review the most recent alerts and changes, please visit the ACCSC website at accsc.org.

*Cortiva Institute – Arlington, Texas*
*SCHOOL #B072471*
*December 1, 2022*
*Page 2 of 3*

The Commission will assess the school's ongoing compliance at the time of the school's renewal of accreditation process. Should you have any questions, please contact Sarah Havlicek at sarahhavlicek@accsc.org.

Sincerely,

*Alanna Marx*

Alanna Marx M.A., M.B.A.
Director of Institutional Review and Development

c:      Nicole Vitez
        NVitez@hi.edu

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# ACCSC

Accrediting Commission of Career Schools and Colleges

2101 Wilson Boulevard, Suite 302
Arlington, Virginia 22201
703.247.4212
703.247.4533 fax
www.accsc.org

## ACCREDITING COMMISSION OF CAREER SCHOOLS AND COLLEGES

## PROGRAM IMPLEMENTATION ENCLOSURE

### CORTIVA INSTITUTE (SCHOOL #B072471)
### ARLINGTON, TEXAS

### December 1, 2022

The school is reminded that it is the Commission's expectation that when making non-substantive changes to a programs, the school must continue reporting student achievement rates on the prior versions of the programs until such versions of the programs have been completely taught-out (*Section VII (B) (1) (i), Substantive Standards, Standards of Accreditation*).

**For example**, when a modification results in reducing a program length from 18 months to 15 months, the school will continue to report on the 18-month version of the program in a continuous fashion. This means that the school will submit a Graduation and Employment ("G&E") Chart for the 18-month program as long as there are students in the reporting period. The school will also submit a G&E Chart for the 15-month version of the program beginning when the first students start in the revised version of the program.

# ACCSC

Accrediting Commission of Career Schools and Colleges

2101 Wilson Boulevard, Suite 302
Arlington, Virginia 22201
703 247.4212
703.247.4533 fax
www.accsc.org

December 1, 2022

**ELECTRONIC DELIVERY**
robert.slusher@cortiva.edu

Robert Slusher
Campus Director
Cortiva Institute
2370 34th Street North
St. Petersburg, Florida 33713

*School #M001394*

Dear Mr. Slusher:

The Accrediting Commission of Career Schools and Colleges ("ACCSC" or "the Commission") received the Program Modification Report – Non-substantive Modifications submitted by Cortiva Institute located in St. Petersburg, Florida. Upon reviewing the information provided, the following modifications to the school's programs have been approved.

| Program | Instructional Clock Hours | Semester Academic Credit Hours | Credential |
|---|---|---|---|
| Professional Massage Therapy | 600 | 24 | Diploma |
| Skin Care | 300 | 11 | Diploma |

**Please Note: ACCSC's records only reflect academic credits. Schools may be required to use a different calculation for Federal Financial Aid credit hours. Schools are reminded that they must maintain compliance with all applicable federal, state, and local government requirements (*Section I (D)(3), Rules of Process and Procedure, Standards of Accreditation*). Contact your Regional Case Manager at the United States Department of Education for guidance.**

The Commission has updated the school's file to reflect the approved modifications. Additionally, the Commission acknowledges that the school may not immediately implement the modifications. Therefore, the school has 90 days from the date of this letter to implement the approved modifications. Cortiva Institute must update the Commission if the school has not implemented the program modifications within 90 days of the date of this letter.

As a result of the Commission's approval of the non-substantive modifications, please be aware that upon implementation of the modifications, the school may not continue to offer the previous curricula with the exception of teaching-out those students who enrolled in the program prior to the approval of the modification.

In addition, the Commission has included an ACCSC Program Implementation Enclosure with this letter, which lists suggestions deserving the school's immediate attention and action.

As you are aware, the Commission may adopt new standards or make revisions to current standards. While the modifications to its existing programs are approved, the school's programs are subject to review by an on-site evaluation team during its regular review process. Accordingly, the school is advised to review and comply with the most recent ACCSC standards. To review the most recent alerts and changes, please visit the ACCSC website at accsc.org.

*Cortiva Institute – St. Petersburg, Florida*
*SCHOOL #M001394*
*December 1, 2022*
*Page 2 of 3*

The Commission will assess the school's ongoing compliance at the time of the school's renewal of accreditation process. Should you have any questions, please contact Sarah Havlicek at sarahhavlicek@accsc.org.

Sincerely,

Alanna Marx M.A., M.B.A.
Director of Institutional Review and Development

c:      Nicole Vitez
        NVitez@hi.edu

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# ACCSC

2101 Wilson Boulevard, Suite 302
Arlington, Virginia 22201
703.247.4212
703.247.4533 fax
**www.accsc.org**

Accrediting Commission of Career Schools and Colleges

## ACCREDITING COMMISSION OF CAREER SCHOOLS AND COLLEGES

## PROGRAM IMPLEMENTATION ENCLOSURE

## CORTIVA INSTITUTE (SCHOOL #M001394)
## ST. PETERSBURG, FLORIDA

## December 1, 2022

The school is reminded that it is the Commission's expectation that when making non-substantive changes to a programs, the school must continue reporting student achievement rates on the prior versions of the programs until such versions of the programs have been completely taught-out (*Section VII (B) (1) (i), Substantive Standards, Standards of Accreditation*).

**For example,** when a modification results in reducing a program length from 18 months to 15 months, the school will continue to report on the 18-month version of the program in a continuous fashion. This means that the school will submit a Graduation and Employment ("G&E") Chart for the 18-month program as long as there are students in the reporting period. The school will also submit a G&E Chart for the 15-month version of the program beginning when the first students start in the revised version of the program.

# Exhibit F

**Helwink, Jonathan**

| | |
|---|---|
| **From:** | Mecca, Shari <Shari.Mecca@ed.gov> |
| **Sent:** | Thursday, May 4, 2023 3:07 PM |
| **To:** | Nicole Vitez |
| **Cc:** | Neal R. Heller; Dossa, Shein |
| **Subject:** | RE: Re ECAR update- Non-Substantive Program Modification OPEIDs #030086 & 022796 |

> **CAUTION:** This email originated outside of **HI.EDU or Cortiva.EDU,** DO NOT click on any links or attachments unless you recognize the sender and know the content is safe. When in doubt, contact your supervisor or Morsecom Technology Division.

Thank you, Nicole.  We will let you know if we have any further questions.

---

**From:** Nicole Vitez <NVitez@hi.edu>
**Sent:** Thursday, May 4, 2023 2:19 PM
**To:** Mecca, Shari <Shari.Mecca@ed.gov>
**Cc:** Neal R. Heller <nheller@hi.edu>; Dossa, Shein <Shein.Dossa@ed.gov>
**Subject:** RE: Re ECAR update- Non-Substantive Program Modification OPEIDs #030086 & 022796

> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good Afternoon, Shari,

Please find our response below and let us know if you need any additional information. Thank you.

1. When we performed the program review of OPE ID 037663, we were provided the course-by-course credit conversion spreadsheet for all Cortiva OPE IDs.  We see that the professional massage therapy program for OPE IDs 030086 and 022796 has gone from 33 courses to 6 courses.  To help us understand, how the number of courses dropped a significant amount, please provide an explanation of why the decision was made to change the program from 33 courses to 6 courses.  Also, provide a crosswalk between the old structure of 33 courses and the new structure of 6 courses, as well as a cross-comparison as to how the new structure meets the Florida state requirements (Rule 64B7-32.003) and Texas requirements (section 117.20).  For instance, the Florida requirement status 150 classroom hours of Anatomy and Physiology yet the chart below states 90 hours.

*The course content within the new version of the Professional Massage Therapy program is fundamentally the same content just grouped by subject. Our courses have been designed to reflect how the didactic subject matter is outlined in the textbook materials we utilize while still concentrating on the weight of the subject matter covered during Mblex licensing examinations that does differentiate between what is covered in anatomy & physiology and how it is practically applied to massage therapy through knowledge of kinesiology & pathology. Our program meets both Texas and Florida program content requirements as demonstrated in the grids below with a focus on preparing graduates for entering their career of choice and passing licensing examinations.*

1. Will Cortiva be making similar changes to all of the professional massage therapy courses throughout its schools as some of the other locations has 37-44 courses that make up the programs.
2. Will Cortiva be making similar changes to the other programs it offers at its locations?

*We are reviewing each program and state independently, and will likely make similar modifications in the future.*

3. When are these changes beginning?  Also, are you teaching out the students in the 33-course program.

*The new program version is effective for new students starting on or after April 24, 2023, and the students enrolled in the old version of the program are being taught out.*

*Crosswalk between new and old courses:*

| Course Number | Title: Professional Massage Therapy Program (Pompano Beach and Maitland, Florida) | Theory (Didactic) Hours | Lab Hours | Outside Hours | Semester Academic Credits | |
|---|---|---|---|---|---|---|
| | **ACADEMIC INSTRUCTION** | | | | | |
| MA-101 | Therapeutic Massage & Bodywork: Variations of Swedish Massage | 10 | 20 | 7.5 | 1 | MA-101 |
| MA-102 | Therapeutic Massage & Bodywork: Reflexology and Eastern Paradigm | 9 | 18 | 6.75 | 1 | 106: All |
| MA-103 | Therapeutic Massage & Bodywork: Deep Tissue | 6 | 12 | 4.5 | 0.5 | |
| MA-104 | Therapeutic Massage & Bodywork: Myofascial Techniques | 6 | 12 | 4.5 | 0.5 | |
| MA-105 | Therapeutic Massage & Bodywork: Lymphatic, Russian Sports, Sports Event Massage & Stretching | 14 | 28 | 10.5 | 1.5 | |
| MA-106 | Therapeutic Massage & Bodywork: Trigger Point and Special Populations | 10 | 20 | 7.5 | 1 | |
| MA-107 | Therapeutic Massage & Bodywork: Hydrotherapy | 5 | 10 | 3.75 | 0.5 | |
| | | 60 | 120 | 45 | | |
| | | | | | | |
| MA-108 | Anatomy & Physiology: Introduction to Science | 15 | 0 | 3.75 | 0.5 | MA-102 |
| MA-109 | Anatomy & Physiology: Control Systems | 15 | 0 | 3.75 | 0.5 | |
| MA-110 | Anatomy & Physiology: Exchange Systems Foundations | 15 | 0 | 3.75 | 0.5 | |
| MA-111 | Anatomy & Physiology: Exchange Systems Fundamentals | 15 | 0 | 3.75 | 0.5 | |
| | | 60 | 0 | 15 | | |
| | | | | | | |
| MA-112 | Musculoskeletal Anatomy and Kinesiology: Axial Body and Superior Limb | 9 | 18 | 6.75 | 1 | MA-103 |
| MA-113 | Musculoskeletal Anatomy and Kinesiology: Inferior Limb | 5 | 10 | 3.75 | 0.5 | |
| MA-114 | Musculoskeletal Anatomy and Kinesiology: Pelvic and Shoulder Girdles | 7 | 14 | 5.25 | 0.5 | |
| MA-115 | Pathologies and Massage Therapy: Control Systems | 15 | 0 | 3.75 | 0.5 | |
| MA-116 | Pathologies and Massage Therapy: Exchange Systems Foundations | 15 | 0 | 3.75 | 0.5 | |
| MA-117 | Pathologies and Massage Therapy: Exchange Systems Fundamentals | 15 | 0 | 3.75 | 0.5 | |
| MA-118 | Pathologies and Massage Therapy: First Aid/CPR/AED, Universal Precautions & Sanitation | 15 | 0 | 3.75 | 0.5 | |
| MA-119 | Pathologies and Massage Therapy: Musculoskeletal Pathology | 18 | 0 | 4.5 | 0.5 | |
| | | 99 | 42 | 35.25 | | |
| | | | | | | |
| MA-120 | Integrative Assessment and Documentation: Visual Objective | 5 | 10 | 3.75 | 0.5 | MA-105 |
| MA-121 | Integrative Assessment and Documentation: Postural and Palpatory Objective | 5 | 10 | 3.75 | 0.5 | Allied M |
| MA-132 | Neuromuscular Assessment and Therapy | 10 | 20 | 7.5 | 1 | |
| MA-133 | Cranial Sacral Assessment and Therapy | 5 | 10 | 3.75 | 0.5 | |
| | | 25 | 50 | 18.75 | | |
| | | | | | | |
| MA-122 | Professional Ethics & Communication: Preparing the Professional | 15 | 0 | 3.75 | 0.5 | MA-104 |
| MA-123 | Professional Ethics & Communication: Self-Care & Boundaries | 12 | 0 | 3 | 0.5 | |
| MA-124 | Professional Ethics & Communication: Business Development, Laws and Safety | 18 | 0 | 4.5 | 0.5 | |
| MA-125 | Professional Ethics & Communication: Marketing and Financial Planning | 12 | 0 | 3 | 0.5 | |
| MA-131 | Florida State Laws and Medical Errors | 12 | 0 | 3 | 0.5 | |
| | | 69 | 0 | 17.25 | | |
| | | | | | | |
| MA-126 | Clinic 1 | 2 | 13 | 3.75 | 0.5 | MA-105 |
| MA-127 | Clinic 2 | 0 | 15 | 3.75 | 0.5 | Allied M |
| MA-128 | Clinic 3 | 0 | 15 | 3.75 | 0.5 | |
| MA-129 | Clinic 4 | 0 | 15 | 3.75 | 0.5 | |
| MA-130 | Clinic 5 | 0 | 15 | 3.75 | 0.5 | |
| | | 2 | 73 | 18.75 | | |

| Course Number | Course Title: Professional Massage Therapy Program | Theory (Didactic) Hours | Lab Hours | Outside Clock Hours (If Applicable) | Semester Credits (If Applicable) |
|---|---|---|---|---|---|
| | **ACADEMIC INSTRUCTION** | | | | |
| MA-101 | Therapeutic Massage & Bodywork | 70 | 50 | 15 | 4.5 |
| MA-102 | Anatomy & Physiology | 70 | 20 | 22.5 | 4 |
| MA-103 | Kinesiology & Pathologies | 60 | 30 | 22.5 | 3.5 |
| MA-104 | Professional Ethics & Business | 60 | 30 | 22.5 | 3.5 |
| MA-105 | Clinical Assessment & Therapies | 70 | 50 | 15 | 4.5 |
| MA-106 | Allied Modalities | 70 | 20 | 22.5 | 4 |

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# MBLEx Content Outline

## ANATOMY & PHYSIOLOGY (11%)

A. System structure
- Circulation
- Digestive
- Endocrine
- Integumentary
- Lymphatic
- Muscular
- Nervous
- Reproduction
- Respiratory
- Skeletal
- Special Senses
- Urinary

B. System function
- Circulation
- Digestive
- Endocrine
- Integumentary
- Lymphatic
- Muscular
- Nervous
- Reproduction
- Respiratory
- Skeletal
- Special Senses
- Urinary

C. Tissue injury and repair

D. Concepts of energetic anatomy

## KINESIOLOGY (12%)

A. Components and characteristics of muscles

B. Concepts of muscle contractions

C. Proprioceptors

D. Locations, attachments (origins, insertions), actions and fiber directions of muscles

E. Joint structure and function

F. Range of motion
- Active
- Passive
- Resistant

## PATHOLOGY, CONTRAINDICATIONS, AREAS OF CAUTION, SPECIAL POPULATIONS (14%)

A. Overview of pathologies

B. Contraindications
- Site specific
- Pathology related
- Special populations
- Tools
- Special applications

C. Areas of caution

D. Special populations

E. Classes of medications

## BENEFITS AND PHYSIOLOGICAL EFFECTS OF TECHNIQUES THAT MANIPULATE SOFT TISSUE (15%)

A. Identification of the physiological effects of soft tissue manipulation

B. Psychological aspects and benefits of touch

C. Benefits of soft tissue manipulation for specific client populations

D. Soft tissue techniques
- Types of strokes
- Sequence of application

E. Hot/cold applications

F. Overview of massage/ bodywork modalities

## CLIENT ASSESSMENT, REASSESSMENT & TREATMENT PLANNING (17%)

A. Organization of a massage/bodywork session

B. Client consultation and evaluation
- Verbal intake
- Health history form

C. Written data collection

D. Visual assessment
- General
- Postural

E. Palpation assessment

F. Range of motion assessment

G. Clinical reasoning
- Ability to rule out contraindications
- Client treatment goal setting
- Evaluation of response to previous treatment
- Formulation of treatment strategy

## ETHICS, BOUNDARIES, LAWS, REGULATIONS (16%)

A. Ethical behavior

B. Professional boundaries

C. Code of ethics violations

D. The therapeutic relationship

E. Dual relationships

F. Sexual misconduct

G. Massage/bodywork-related laws and regulations

H. Scope of practice

I. Professional communication

J. Confidentiality

K. Principles

## GUIDELINES FOR PROFESSIONAL PRACTICE (15%)

A. Proper and safe use of equipment and supplies

B. Therapist hygiene

C. Sanitation and cleanliness

D. Safety practices
- Facilities
- Therapist personal safety
- Client safety

E. Therapist care
- Body mechanics
- Protective gear (masks, gowns, gloves, etc.)
- Self-care
- Injury prevention

F. Draping
- Safe and appropriate
- Communication

G. Business Practices
- Business planning
- Strategic planning
- Office management
- Marketing
- Hiring/Interviewing
- Documentation and Records
  - Client records
  - Business records

H. Healthcare and business terminology

**Florida Crosswalk:**

| Required Course Hours | Required Course of Study | Courses That Fulfill Requirements Provide Course Title, Course Number and Number of Hours Counting toward Required Course Hours |
|---|---|---|
| 150 | Anatomy and Physiology | MA-102: Anatomy & Physiology - 90 Hours<br>MA-103: Kinesiology & Pathologies - 90 Hours<br>(30 Extra Hours) |
| 100 | Basic Massage Theory and History | MA-101: Therapeutic Massage & Bodywork - 90 Hours<br>MA-105: Clinical Assessment & Therapies - 10 Hours |
| 125 | Clinical Practicum | MA-101: Therapeutic Massage & Bodywork - 30 Hours<br>MA-105: Clinical Assessment & Therapies - 92 Hours<br>MA-106: Allied Modalities - 10 Hours<br>MA-104: Professional Ethics & Business - 28 Hours<br>(35 Extra Hours) |
| 76 | Allied Modalities | MA-106: Allied Modalities - 70 Hours<br>MA-105: Clinical Assessment & Therapies - 6 Hours |

| 15 | Business | MA-104: Professional Ethics & Business -45 Hours (30 Extra Hours) |
| 15 | Theory and Practice of Hydrotherapy | MA-106: Allied Modalities - 10 Hours<br>MA-105: Clinical Assessment & Therapies - 10 Hours<br>(5 Extra Hours) |
| 10 | Florida Laws and Rules | MA-104: Professional Ethics & Business - 10 Hours |
| 4 | Professionals Ethics | MA-104: Professional Ethics & Business - 4 Hours |
| 3 | HIV/AIDS | MA-104: Professional Ethics & Business - 3 Hours |
| 2 | Prevention of Medical Errors | MA-105: Clinical Assessment & Therapies  - 2 Hours |

**Texas Crosswalk:**

| Subject Area | Number of Hours Required for Licensure in Texas | Number of Hours Required by This Program | Course |
|---|---|---|---|
| Massage therapy techniques (may include Swedish) and theory and the practice of manipulation of soft tissue | 75 | 125 | MA-101: Therapeutic Massage & Bodywork<br>MA-105: Clinical Assessment & Therapies |
| Swedish massage therapy techniques | 125 | 125 | MA-101: Therapeutic Massage & Bodywork<br>MA-105: Clinical Assessment & Therapies<br>MA-106: Allied Modalities<br>MA-104: Professional Ethics & Business |
| Anatomy | 50 | 60 | MA-102: Anatomy & Physiology |
| Physiology | 25 | 30 | MA-102: Anatomy & Physiology |
| Kinesiology | 50 | 50 | MA-103: Kinesiology & Pathologies |
| Pathology | 40 | 40 | MA-103: Kinesiology & Pathologies |
| Hydrotherapy | 20 | 20 | MA-106: Allied Modalities<br>MA-105: Clinical Assessment & Therapies |
| Massage therapy laws and rules, business practices and professional ethics | 45 | 45 | MA-104: Professional Ethics & Business |
| Health, hygiene, first aid, universal precautions, and cardiopulmonary resuscitation (CPR) | 20 | 20 | MA-101: Therapeutic Massage & Bodywork |
| Internship | 50 | 85 | MA-101: Therapeutic Massage & Bodywork<br>MA-105: Clinical Assessment & Therapies<br>MA-106: Allied Modalities<br>MA-104: Professional Ethics & Business |

Best Regards,

**Nicole Vitez**
Director of Compliance
**Hollywood Institute of Beauty Careers**
**Cortiva Institute/Hollywood Institute**
Office # (954) 962-2624
NVitez@hi.edu

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**From:** Mecca, Shari <Shari.Mecca@ed.gov>
**Sent:** Thursday, May 4, 2023 9:13 AM
**To:** Nicole Vitez <NVitez@hi.edu>
**Cc:** Neal R. Heller <nheller@hi.edu>; Dossa, Shein <Shein.Dossa@ed.gov>; Mecca, Shari <Shari.Mecca@ed.gov>
**Subject:** Re ECAR update- Non-Substantive Program Modification OPEIDs #030086 & 022796

**CAUTION:** This email originated outside of **HI.EDU or Cortiva.EDU**, DO NOT click on any links or attachments unless you recognize the sender and know the content is safe. When in doubt, contact your supervisor or Morsecom Technology Division.

Good morning, Nicole,

We have a couple of questions regarding the non-substantive changes.

1. When we performed the program review of OPE ID 037663, we were provided the course-by-course credit conversion spreadsheet for all Cortiva OPE IDs. We see that the professional massage therapy program for OPE IDs 030086 and 022796 has gone from 33 courses to 6 courses. To help us understand, how the number of courses dropped a significant amount, please provide an explanation of why the decision was made to change the program from 33 courses to 6 courses. Also, provide a crosswalk between the old structure of 33 courses and the new structure of 6 courses, as well as a cross-comparison as to how the new structure meets the Florida state requirements (Rule 64B7-32.003) and Texas requirements (section 117.20). For instance, the Florida requirement status 150 classroom hours of Anatomy and Physiology yet the chart below states 90 hours.
2. Will Cortiva be making similar changes to all of the professional massage therapy courses throughout its schools as some of the other locations has 37-44 courses that make up the programs.
3. Will Cortiva be making similar changes to the other programs it offers at its locations?
4. When are these changes beginning? Also, are you teaching out the students in the 33-course program.

Thank you.

Shari Mecca
Case Manager
Multi-Regional and Foreign Schools Participation Division
School Eligibility and Oversight Group
347.346.1320
shari.mecca@ed.gov



---

**From:** Nicole Vitez <NVitez@hi.edu>
**Sent:** Thursday, April 6, 2023 11:20 AM
**To:** Mecca, Shari <Shari.Mecca@ed.gov>; Dossa, Shein <Shein.Dossa@ed.gov>
**Cc:** Neal R. Heller <nheller@hi.edu>
**Subject:** ECAR update- Non-Substantive Program Modification OPEIDs #030086 & 022796

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Ms. Mecca and Ms. Dossa:

Please see attached state and accreditor approvals for a non-substantive program modification to the Professional Massage Therapy Program in our campuses approved under the following OPEIDs #030086 & 022796.
We will make the adjustments to the EAPP shortly, updating the program information to reflect 20 FA credit units and 600 instructional hours/25 weeks.

| PROGRAM BREAKDOWN BY COURSE | | | | | |
|---|---|---|---|---|---|
| Course Number | Title: Professional Massage Therapy Program | Theory (Didactic) Hours | Lab Hours | Outside Hours | Semester Academic Credits |
| | ACADEMIC INSTRUCTION | | | | |
| MA-101 | Therapeutic Massage & Bodywork | 70 | 50 | 15 | 4.5 |
| MA-102 | Anatomy & Physiology | 70 | 20 | 22.5 | 4 |
| MA-103 | Kinesiology & Pathologies | 60 | 30 | 22.5 | 3.5 |
| MA-104 | Professional Ethics & Business | 60 | 30 | 22.5 | 3.5 |
| MA-105 | Clinical Assessment & Therapies | 70 | 50 | 15 | 4.5 |
| MA-106 | Allied Modalities | 70 | 20 | 22.5 | 4 |

| Subtotal: | 400 | 200 | 120 | 24 |
|-----------|-----|-----|-----|-----|

Please let us know if any additional information is needed and Thank you for your assistance in this matter.

Best Regards,

**Nicole Vitez**
Director of Compliance
**Hollywood Institute of Beauty Careers**
**Cortiva Institute/Hollywood Institute**
Office # (954) 962-2624
NVitez@hi.edu

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

| | |
|---|---|
| **From:** | Nicole Vitez |
| **To:** | "Mecca, Shari"; "Dossa, Shein" |
| **Cc:** | Neal R. Heller |
| **Subject:** | ECAR update- Non-Substantive Program Modification OPEIDs #030086 & 022796 |
| **Attachments:** | 022796 Credit Hour Non-Sub Modification.pdf |
| | 030086 Credit Hour Non-Sub Modification.pdf |

Good Morning Ms. Mecca and Ms. Dossa:

Please see attached state and accreditor approvals for a non-substantive program modification to the Professional Massage Therapy Program in our campuses approved under the following OPEIDs #030086 & 022796. We will make the adjustments to the EAPP shortly, updating the program information to reflect 20 FA credit units and 600 instructional hours/25 weeks.

| PROGRAM BREAKDOWN BY COURSE | | | | | | Course by Course Conversion | | |
|---|---|---|---|---|---|---|---|---|
| Course Number | Title:<br>Professional Massage Therapy Program | Theory<br>(Didactic)<br>Hours | Lab Hours | Outside Hours | Semester<br>Academic<br>Credits | Instructional Hours | FA Semester<br>Credits | Lesser Value<br>Academic/FA Credit<br>Conversion |
| | **ACADEMIC INSTRUCTION** | | | | | | | |
| MA-101 | Therapeutic Massage & Bodywork | 70 | 50 | 15 | 4.5 | 120 | 4 | 4 |
| MA-102 | Anatomy & Physiology | 70 | 20 | 22.5 | 4 | 90 | 3 | 3 |
| MA-103 | Kinesiology & Pathologies | 60 | 30 | 22.5 | 3.5 | 90 | 3 | 3 |
| MA-104 | Professional Ethics & Business | 60 | 30 | 22.5 | 3.5 | 90 | 3 | 3 |
| MA-105 | Clinical Assessment & Therapies | 70 | 50 | 15 | 4.5 | 120 | 4 | 4 |
| MA-106 | Allied Modalities | 70 | 20 | 22.5 | 4 | 90 | 3 | 3 |
| | | | | | | | | |
| **Subtotal:** | | 400 | 200 | 120 | 24 | 600 | 20 | 20 |

Please let us know if any additional information is needed and Thank you for your assistance in this matter.

Best Regards,

**Nicole Vitez**
Director of Compliance
**Hollywood Institute of Beauty Careers**
**Cortiva Institute/Hollywood Institute**
Office # (954) 962-2624
NVitez@hi.edu

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

# Exhibit G

DocuSign Envelope ID: 5FAE79FD-1477-4617-9D74-9A2D0C50D237

# NOTICE OF POTENTIAL INELIGIBILITY FOR LICENSE

Texas law:

- restricts the issuance of occupational licenses based on a license applicant's criminal history; and

- authorizes the Texas Department of Licensing and Regulation (TDLR), in some cases, to consider a person convicted, even though the person was only on probation or community supervision without a conviction.

As an applicant/enrollee in an educational or training program that prepares individuals for issuance of an occupational license, I have been provided with notice by **Cortiva Institute** of the following:

- If I have been convicted of an offense or placed on probation, I might not be eligible for an occupational license issued by TDLR after I complete this educational or training program;

  TDLR's criminal history guidelines are available at www.tdlr.texas.gov/crimconvict.htm and include restrictions or guidelines TDLR uses to determine eligibility for an occupational license; and

- I have the right to request a criminal history evaluation letter from TDLR, which is explained in more detail at www.tdlr.texas.gov/crimhistoryeval.htm.

Section 53.152, Occupations Code, requires that notice be provided to each applicant and enrollee regardless of whether the applicant or enrollee has been convicted of an offense.

**REFUND AND ORDERED PAYMENTS**. State law requires TDLR to order an educational program provider to refund tuition, license application fees, and examination fees if:

- TDLR determines the provider failed to provide notice to me; and

- my license application was denied because of my criminal history.

## ACKNOWLEDGEMENT

By my signature below, I, (*Print Name of Applicant/Enrollee*) _____, certify that I have read and understand the information above.

_____
(*Signature of Applicant/Enrollee*)


DATE: _____



**Student Notification Form**

**Required for enrollment in a massage therapy educational program exceeding 500 hours**

This form has been designed by the Texas Department of Licensing and Regulation (TDLR) to provide you, the student, with notice that this approved massage therapy educational program exceeds the minimum number of hours required by law for licensure as a Massage Therapist in Texas.

Cortiva Institute - Professional Massage Therapy Program

A licensed massage school is required to offer you the choice to enroll in a minimum 500 hour massage therapy educational program. If you voluntarily choose to enroll in this program, you will be required to complete more hours in one or more subject areas than the minimum number of hours required to obtain a license in Texas in order to graduate.

**You should review the educational opportunities provided by this approved program carefully before enrolling.**

The school may benefit financially by enrolling you in this longer program, either by collecting additional tuition or fees, and/or by receiving compensation from clients for any additional internship massages or other massage therapy services you agree to perform while enrolled in an internship which exceeds the 50 hour minimum required for licensure. However, you may benefit from the opportunity to complete additional hours of training in core subjects, expanded subject areas or a range of modalities, and/or through additional supervised practice providing massage therapy or other massage services to the public during an extended internship.

| Subject Area | Number of Hours Required for Licensure in Texas | Number of Hours Required by This Program |
|---|---|---|
| Massage therapy techniques (may include Swedish) and theory and the practice of manipulation of soft tissue | 75 | 125 |
| Swedish massage therapy techniques | 125 | 125 |
| Anatomy | 50 | 60 |
| Physiology | 25 | 30 |
| Kinesiology | 50 | 50 |
| Pathology | 40 | 40 |
| Hydrotherapy | 20 | 20 |
| Massage therapy laws and rules, business practices and professional ethics | 45 | 45 |
| Health, hygiene, first aid, universal precautions, and cardiopulmonary resuscitation (CPR) | 20 | 20 |
| Internship | 50 | 85 |
| **Total Number of Hours** | **500** | **600** |
| **Total Cost of Program** | $ | $ $13,939.00 |

If you fail to complete the program and request a partial refund and/or partial transcript, the massage school will utilize the total number of hours for the program in which you have enrolled, not the 500 hour minimum, to meet the requirements in the rules regarding refunds and transcripts (16 Texas Administrative Code §117.66). By signing this form, you agree that:
1. You have voluntarily chosen to enroll in a program which exceeds the minimum number of hours required for licensure as a massage therapist in Texas;
2. You have a complete understanding of the information provided in this form; and
3. You have read and understand the laws and rules associated with the Massage Therapy Program.

_____          _____
(Signature of Student)                                                    (Date)

_____
(Printed Name of Student)

Rev. 11/17



# TEXAS DEPARTMENT OF LICENSING & REGULATION
P.O. Box 12157 • Austin, Texas 78711-2157
*education@tdlr.texas.gov • www.tdlr.texas.gov*

## MASSAGE STUDENT ACKNOWLEDGEMENT

| School Name: | School License Number: |
|---|---|
| Cortiva Institute | MS1072 |

| Student Name: | Receipt date: |
|---|---|
| | |

In signing this document, I acknowledge that I have received the following information:

- program outline
- the admission requirements
- a schedule of tuition, fees, and other charges
- a cancellation and refund policy
- the length of time for completion of program, including internship hours
- a class schedule including estimated break and mealtimes
- the attendance and progress policies, including requirements and fees for make-up hours
- grievance policies
- the student-teacher ratio
- the conduct policy
- explanations of the difference between a loan and a grant, if the school participates in a loan or grant program
- a copy of the enrollment agreement
- a notice that clearly states the number of course hours which must be successfully completed before a student can be licensed as a massage therapist under this chapter
- a list of instructors, their qualifications, and the subject area taught by each instructor
- information indicating how a prospective student may obtain copies of the Massage Therapy Act, Texas Occupations Code, Chapter 455 and this chapter
- a statement that the Act sets out that a person is ineligible for licensure if the person has been convicted of, entered a plea of nolo contendere or guilty to, or received deferred adjudication to crimes or offenses under Chapter 20A, Penal Code, or Subchapter A, Chapter 43, Penal Code, or another sexual offense

## CERTIFICATION

I acknowledge that I have furnished information disclosing my previous education, training, and work experiences. I understand this will be evaluated and may result in the program length being shortened and the cost reduced.

I understand that complaints may be made to the Texas Department of Licensing and Regulation, Massage Therapy Program, P.O. Box 12157, Austin, Texas 78711, (512) 539-5600, or www.tdlr.texas.gov. I have been offered the opportunity to read the Massage Therapy Act and the rules of the department included in 16 Texas Administrative Code Chapter 117.

I understand that the State of Texas requires only the minimum 500-hour course of instruction for licensure as a massage therapist, and anything beyond that is strictly voluntary.

| | | |
|---|---|---|
| Student Printed Name | Student Signature | Date |

| |
|---|
| Authorized School Representative Signature |