UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**360 DEGREES EDUCATION, LLC,**
**ET AL.,**

   Plaintiffs,

v.                                          No. 4:24-cv-00508-P

**U.S. DEPARTMENT OF EDUCATION,**
**ET AL.,**

   Defendants.

# ORDER

The APA sets forth a "ready, set, go" framework for executive entities implementing regulatory changes. *See generally* 5 U.S.C. §§ 552, 553, 705. As explained in the Court's previous Order, the Department of Education said "go, ready, set" when enacting the Bare Minimum Rule. *See* ECF No. 30. While the Court preliminarily enjoined the Rule's enforcement, *see id.*, it recognizes the Department's "strong interest in implementing rules on schedule according to the mater calendar, 20 U.S.C. § 1089(a)." ECF No. 23 at 30. Accordingly, the Court would like this case to proceed with the greatest practicable urgency, thereby reducing any delay to the Rule should the Department defeat Plaintiffs' claims at summary judgment.

The administrative record is purportedly underdeveloped at this nascent stage of the proceeding. *See* ECF No. 23 at 8. But that didn't stop fulsome briefing on Plaintiffs' request for injunctive relief. *See* ECF Nos. 5, 23, 26. Indeed, as this case involves pure questions of law, the Court is unsure what further factual or administrative development is necessary. Accordingly, to facilitate prompt resolution of Plaintiffs' claim, the Court **ORDERS** the Parties to file a Joint Status Report **on or before June 26, 2024**, at **5:00 p.m.** The Joint Status Report should articulate the Parties' respective positions regarding what further supplementation the administrative record requires, along with the

anticipated timeframe for such supplementation. Alternatively, the Parties may explain in the Joint Status Report whether this case can proceed to summary judgment briefing without further development of the administrative record.

**SO ORDERED** on this **24th day** of **June 2024.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE