UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**360 DEGREES EDUCATION, LLC,**
**ET AL.,**

   Plaintiffs,

v.                                         No. 4:24-cv-00508-P

**U.S. DEPARTMENT OF EDUCATION.**
**ET AL.,**

   Defendants.

## ORDER

   Before the Court is Defendants' Consent Motion to Extend. ECF No. 40. The Motion notes that scheduling conflicts and Defendants' counsel's recent illness have hindered submission of a Joint Report by the current July 23 deadline. *See id.* Having considered the Motion and relevant case history, the Court finds the Motion should be and hereby is **GRANTED in part** and **DENIED in part**. Given the time-sensitive nature of this proceeding, the Court **DENIES** the requested extension through August 7, 2024. However, for good cause shown, the Court **GRANTS** a lesser extension of the current deadline. Accordingly, the Court **ORDERS** the Parties to confer and submit the required Joint Report **on or before August 1, 2024**.

   **SO ORDERED** on this **23rd day** of **July 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE