# Exhibit A

| | |
|---|---|
| **From:** | Wyer, Kathryn (CIV) |
| **To:** | Thompson, Farnaz Farkish |
| **Cc:** | Moran, John S. |
| **Subject:** | RE: Cortiva - Time to Confer |
| **Date:** | Wednesday, December 4, 2024 2:20:24 PM |
| **Attachments:** | Cortiva Instiute - Texas Massage Program Letter 12.4.2024.pdf |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Farnaz,

I hope you had a good Thanksgiving. As you know, I do not represent the Department in administrative matters, and I have had little visibility into their process, but I conveyed your messages to the Department and was told that the Department's policy is to provide an initial notification to a school when it receives information establishing that a program offered by the school is ineligible for Title IV. I've now received word that the Department provided such notification to Cortiva this morning and am providing the attached copy of the Department's letter as a courtesy.

Regards,
Kathy

*Kathy Wyer*
(202) 616-8475

**From:** Thompson, Farnaz Farkish <FThompson@mcguirewoods.com>
**Sent:** Wednesday, September 25, 2024 9:44 AM
**To:** Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>
**Cc:** Moran, John S. <JMoran@mcguirewoods.com>
**Subject:** [EXTERNAL] RE: Cortiva - Time to Confer

Kathy,

I hope you are doing well.  Have you had a chance to touch base with the U.S. Department of Education?  If so, please let us know when you may be available to connect soon.

Schools with programs other than a massage therapy program are members of the Coalition for Career Schools and are located in the Northern District of Texas.

We hope that the Department would give Cortiva an opportunity to weigh in before it decides whether to proceed with any enforcement action.

Thanks,
Farnaz

**Farnaz Farkish Thompson**
Partner
McGuireWoods LLP
T:  +1 202 857 2488 | M: +1 703 798 0182
fthompson@mcguirewoods.com

---

**From:** Thompson, Farnaz Farkish
**Sent:** Monday, September 16, 2024 2:35 PM
**To:** Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>; Moran, John S. <JMoran@mcguirewoods.com>
**Subject:** RE: Cortiva - Time to Confer

Kathy,

I hope you had a good weekend.  Let's touch base later after you have had a chance to touch base with the U.S. Department of Education.  If you plan to touch base with the Department this week, do you have any availability to connect this Thursday or Friday?

Thanks,
Farnaz

**Farnaz Farkish Thompson**
Partner
McGuireWoods LLP
T:  +1 202 857 2488 | M: +1 703 798 0182
fthompson@mcguirewoods.com

---

**From:** Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>
**Sent:** Monday, September 16, 2024 9:00 AM
**To:** Thompson, Farnaz Farkish <FThompson@mcguirewoods.com>; Moran, John S. <JMoran@mcguirewoods.com>
**Subject:** RE: Cortiva - Time to Confer

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Farnaz,

Tuesday at 1pm would work but I have not been able to touch base with the agency yet, so I would not have anything to share on my end. I'm still happy to have a call tomorrow if you think it would be useful.

Thanks,
Kathy

*Kathy Wyer*
(202) 616-8475

**From:** Thompson, Farnaz Farkish <FThompson@mcguirewoods.com>
**Sent:** Friday, September 13, 2024 9:14 AM
**To:** Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>; Moran, John S. <JMoran@mcguirewoods.com>
**Subject:** [EXTERNAL] RE: Cortiva - Time to Confer

Kathy,

We are available before 10:30 am and between 1 pm and 2 pm on Tuesday.  Please let us know what works well for you.

Thanks,
Farnaz

**Farnaz Farkish Thompson**
Partner
McGuireWoods LLP
T:   +1 202 857 2488 | M: +1 703 798 0182
fthompson@mcguirewoods.com

**From:** Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>
**Sent:** Thursday, September 12, 2024 2:18 PM
**To:** Moran, John S. <JMoran@mcguirewoods.com>
**Cc:** Thompson, Farnaz Farkish <FThompson@mcguirewoods.com>
**Subject:** RE: Cortiva - Time to Confer

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

John,
Sure, I have been on the road myself but I'm generally available next Tuesday if you want to schedule a call then.

Kathy

*Kathy Wyer*
(202) 616-8475

---

**From:** Moran, John S. <JMoran@mcguirewoods.com>
**Sent:** Tuesday, September 10, 2024 7:06 PM
**To:** Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>
**Cc:** Thompson, Farnaz Farkish <FThompson@mcguirewoods.com>
**Subject:** [EXTERNAL] Cortiva - Time to Confer

Kathy,

I am currently on the road, but I wanted to reach out because we thought it might be useful to touch base about Judge Pittman's recent order in the Cortiva matter. I don't know if either side yet knows for sure what we plan to take as a next step. But we may have at least some insights we can share with one another.

At a minimum, we hope that the Department would give Cortiva an opportunity to weigh in before it makes a decision to proceed with an enforcement proceeding.

Would you have time later this week or early next week to touch base?

Regards,

**John S. Moran**
McGuireWoods LLP
T:  +1 202 828 2817 | M:  +1 202 525 0356

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*