# Exhibit B

**From:** Dossa, Shein <Shein.Dossa@ed.gov>
**Sent:** Friday, September 27, 2024 9:28 AM
**To:** Neal R. Heller <nheller@hi.edu>; Nicole Vitez <NVitez@hi.edu>; Rene Lezcano <renel@cortiva.edu>
**Cc:** Mecca, Shari <Shari.Mecca@ed.gov>; Frola, Michael <Michael.Frola@ed.gov>
**Subject:** Immediate Action – Institutional Eligibility Decision-Cortiva Institute's (03766300,03296300,02279600 and 02316600) and Hollywood Institute OPE ID 03706300 and Hollywood Institute of Beauty Careers OPE ID 04162500

> **CAUTION:** This email originated outside of **HI.EDU or Cortiva.EDU**, DO NOT click on any links or attachments unless you recognize the sender and know the content is safe. When in doubt, contact your supervisor or Morsecom Technology Division.

Dear, Mr. Heller,

The Multi-Regional Schools Participation Division - School Participation Division (SPD) has completed its review of the following:

1. Cortiva Institute OPE ID 03766300
2. Cortiva Institute OPE ID 03296300
3. Cortiva Institute OPE ID 02279600
4. Cortiva Institute OPE ID 02316600
5. Hollywood Institute OPE ID 03706300
6. Hollywood Institute of Beauty Careers OPE ID 04162500

Our analysis of the materials which you submitted indicates that the Institution meets the minimum requirements of institutional eligibility, administrative capability, and financial responsibility as set forth in 34 C.F.R. Parts 600 and 668.

To complete the recertification process, the Program Participation Agreement (PPA) must be reviewed and signed on behalf of the Institution, and signed by any additional officials and/or owners, as instructed in the DocuSign emails which will be sent to each required signatory.

After the PPA is received with all required signatures for the institution and its owners, the PPA will be signed on behalf of the Secretary. Upon execution of the PPA by the Secretary, the Institution shall be certified to participate in Title IV, HEA programs until the Approval Expiration Date noted on the PPA. The institution will receive an electronic file containing the fully signed PPA and an Eligibility and Certification Approval Report (ECAR). The ECAR will summarize the critical elements of the Institution's approved application. Those elements include the Institution's educational program levels, any approved educational programs, and any additional locations which are Title IV, HEA eligible.

Also, please see the attached instructions on reporting disclosures that is listed in Addendum A.

The Institution has thirty days from the date of this letter for all required signatories to complete the DocuSign process. The Institution's failure to respond within the allotted time frame will constitute a withdrawal of the Institution's application from consideration.

If you have any questions, please contact Federal Student Aid [Title IV Participation Application | Title Iv Program Eligibility (ed.gov)](#).

Sincerely,
Shein

On behalf Micheal Frola
Division Director
24 - Multi-Regional Schools Participation Division


Senior Institutional Review Specialist
Multi-Regional and Foreign Schools Participation Division
Federal Student Aid, US Department of Education
100 S. Penn Square East-511
Philadelphia, PA 19107
(215) 656-6461
fax (215) 656-6499
email ([shein.dossa@ed.gov](shein.dossa@ed.gov))