UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**360 DEGREE EDUCATION, LLC, ET AL.,**

   Plaintiffs,

v.　　　　　　　　　　　　　　　　No. 4:24-cv-0508-P

**UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

### ORDER SETTING HEARING

On September 9, 2024, the Court stayed this case pending the resolution of the administrative procedure. ECF No. 57. That Order required the Department to initiate the appropriate administrative procedures within 90 days of the Order. *Id.* On December 6, 2024, both Parties filed notices disputing whether the Department had initiated the procedure within the given 90 days. ECF Nos. 58, 59. The Court finds it appropriate to hold a hearing on the issue. Consequently, the Court hereby sets a hearing on this Motion for **Thursday, December 19, 2024, at 1:30 p.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this **9th day of December 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE