UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**360 DEGREE EDUCATION, LLC, ET AL.,**

   Plaintiffs,

v.                     No. 4:24-cv-0508-P

**UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

## ORDER

On January 14, 2025, the Court held a status conference hearing in this case. Based on the findings made on the record, the Court concludes that the Department of Education complied with the Court's order to initiate the appropriate administrative procedures within 90 days. *See* ECF No. 57. Consequently, as previously ordered, the case will remain stayed and administratively closed pending the resolution of the administrative procedures.

**SO ORDERED** on this **14th day of January 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE